**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID SCHACHNER, Individually and On Behalf Of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        vs.<br><br>CB CONSUMER PRODUCTS, LLC d/b/a LUXOME,<br><br>                          Defendant. | 1:21-cv-00995-FB-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>FED. R. CIV. P. 41</u>** |

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff David Schachner and/or his counsel hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant CB Consumer Products, LLC, with prejudice, and without costs or attorneys' fees to any party.


Date: May 13, 2021                              By: <u>/s/ Mark Schlachet</u>
                                                               Mark Schlachet, Esq.
                                                               9511 Collins Ave., Ste 605
                                                               Surfside, FL 33154
                                                               Telephone: (216) 225-7559
                                                               Email: markschlachet@me.com

                                                               *Attorneys for Plaintiff*